Certificate Number: 01095-TXN-DE-007218977

Bankruptcy Case Number: 09-70207

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on June 1, 2009, at 10:15 o'clock AM CDT, Raymond Leon Tice completed a course on personal financial management given in person by Walter O'Cheskey, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Northern District of Texas.

Date: June 1, 2009  By  /s/Marsha H Morgan

Name  Marsha H Morgan

Title  Financial Management educator